1  Harris L. Pogust, Esquire
   Pogust, Braslow & Millrood, LLC
2  161 Washington Street, Ste. 1520
   Conshohocken, PA 19428
3  Telephone: 610-941-4204
   Fax: 610-941-4245
4  Email: hpogust@pbmattorneys.com

5  Attorneys for Plaintiff
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) **MDL NO. 1699** **District Judge: Charles R. Breyer** |
| This Document Relates to: | ) ) |
| *Carolyn Brown,* (Case No. 06-3667 CRB) | ) ) ) **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE** |
| *Dawn Adrian,* (Case No. 06-3664 CRB) | ) ) ) |
| *Bonnie Martindale,* (Case No. 06-3666 CRB) | ) ) ) |

Come now all remaining Plaintiffs in these actions, including Dawn Adrian, Bonnie

20  Martindale and Carolyn Brown and Defendants, by and through the undersigned attorneys,

21  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

22  these actions with prejudice, with each side bearing its own attorneys' fees and costs.

23

24  DATED: /2-/-, 2009          By: _____
                                    Harris L. Pogust, Esquire
25                                  Pogust, Braslow & Millrood, LLC
                                    161 Washington Street, Ste. 1520
26                                  Conshohocken, PA 19428

27
                                *Attorneys for Plaintiffs*
28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

| | | |
|---|---|---|
| DATED: Dec. 14, 2009 | By: | *[signature]* |

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: JAN 26 2010

*[signature]*

Hon. Charles R. Breyer
United States District Court

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699